IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00584-AP

HARRY M. CROSBY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Kathleen W. Robinson, Esq.
2001 York Street
Denver, CO 80205
(303) 329-6400
(303) 329-6410 (fax)
raalaw1021@qwestoffice.net

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: **March 7, 2012**

    B.    Date Complaint was Served on U.S. Attorney's Office: **March 30, 2012**

    C.    Date Answer and Administrative Record Were Filed: **June 28, 2012**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A.    Plaintiff's Opening Brief: **August 27, 2012**

    B.    Response Brief due: **September 26, 2012**

    C.    Reply Brief due: **October 11, 2012**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

  A.  Plaintiff's Statement:  **Plaintiff does not request oral argument.**

  B.  Defendant's Statement:  **Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

  B.  ( **X** ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 18th day of July, 2012

        BY THE COURT:

        *s/John L. Kane*
        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| */s/ Jessica Milano* | JOHN F. WALSH |
| Kathleen W. Robinson, Esq. | United States Attorney |
| 2001 York Street | |
| Denver, CO 80205 | WILLIAM G. PHARO |
| (303) 329-6400 | Assistant United States Attorney |
| (303) 329-6410 (fax) | United States Attorney's Office |
| raalaw1021@qwestoffice.net | District of Colorado |
| | |
| Attorney for Plaintiff | */s/ Jessica Milano* |
| | Jessica Milano |
| (SIGNED PER ELECTRONIC | Special Assistant United States Attorney |
| AUTHORIZATION) | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |
| | |
| | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to Plaintiff's counsel at the following e-mail address(es):

      raalaw1021@qwestoffice.net

                                      */s/ Jessica Milano*
                                      Office of the General Counsel
                                      Social Security Administration