**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00584-RM

HARRY M. CROSBY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing Administrative Law Judge's Decision and Remanding to the Commissioner [Doc. No. 24, filed March 18, 2014] of Judge Raymond P. Moore, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing.

   Dated at Denver, Colorado this 20th day of March, 2014.

                                     FOR THE COURT:
                                     JEFFREY P. COLWELL, CLERK

                      By: s/   Nicholas Richards
                                   Nicholas Richards
                                   Deputy Clerk