**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-00584-RM

HARRY M. CROSBY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

This Court, having reviewed the parties' Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Motion"), the applicable statutes and case law, and being otherwise fully apprised in its premises, ORDERS

1. That the Motion (ECF No. 26) is GRANTED and Defendant shall pay $5,000.00 of attorney fees to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"); and

2. That, after receiving this Order, if the Defendant (a) determines upon effectuation of this Court's Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (b) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Defendant cannot agree

to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 10th day of July, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge